| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|
| WESTERN | District of ___TEXAS___ | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>DARBY, Crystal Ward | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Crystal Communications (dba) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all):  4082 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>6000 Trone Trail<br>San Antonio, TX  78238 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:      Bexar | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>Same | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>Same |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| [X] Individual(s)  [ ] Railroad<br>[ ] Corporation  [ ] Stockbroker<br>[ ] Partnership  [ ] Commodity Broker<br>[ ] Other _____  [ ] Clearing Bank | [X] Chapter 7  [ ] Chapter 11  [ ] Chapter 13<br>[ ] Chapter 9  [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>[X] Consumer/Non-Business  [ ] Business | **Filing Fee** (Check one box)<br>[X] Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | [ ] Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): Darby, Crystal Ward |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: N/A | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/S/  Crystal Ward Darby**
   Signature of Debtor

X  **N/A**
   Signature of Joint Debtor

   Telephone Number (If not represented by attorney)
   **9/16/05**
   Date

### Signature of Attorney

X  **/S/  Debra L. Innocenti**
   Signature of Attorney for Debtor(s)

   **Debra L. Innocenti**
   Printed Name of Attorney for Debtor(s)

   **Oppenheimer Blend Harrison & Tate Inc.**
   Firm Name

   **711 Navarro, Sixth Floor**
   Address  **San Antonio, TX  78205**

   **210/224-2000**
   Telephone Number
   **9/16/05**
   Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
   Signature of Authorized Individual

   _____
   Printed Name of Authorized Individual

   _____
   Title of Authorized Individual

   _____
   Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  _____
   Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.
☐  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

   _____
   Printed Name of Bankruptcy Petition Preparer

   _____
   Social Security Number (Required by 11 U.S.C.§ 110(c).)

   _____
   Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X  _____
   Signature of Bankruptcy Petition Preparer

   _____
   Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                              §
                                    §
CRYSTAL WARD DARBY,                 §        CASE NO. _____
                                    §
DEBTOR                              §        CHAPTER 7

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | | ATTACHED | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A. | Real Property | Yes | 2 | $116,700.00 | | |
| B. | Personal Property | Yes | 6 | $56,800.00 | | |
| C. | Property Claimed as Exempt | Yes | 2 | | | |
| D. | Creditor Holding Secured Claims | Yes | 2 | | $97,178.02 | |
| E. | Creditors Holding Unsecured Priority Claims | Yes | 2 | | $0.00 | |
| F. | Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $121,501.46 | |
| G. | Executory Contracts and Nonpriority Claims | Yes | 1 | | | |
| H. | Codebtors | Yes | 1 | | | |
| I. | Current Income of Individual Debtor(s) | Yes | 3 | | | $2,872.51 |
| J. | Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $3,253.00 |
| Total Number of sheets in all Schedules | | | 23 | | | |
| | Total Assets | | | $173,500.00 | | |
| | Total Liabilities | | | | $218,679.48 | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:                     §
                               §

CRYSTAL WARD DARBY,       §     CASE NO. 05-_____
                               §     CHAPTER 7

DEBTOR                  §

## SCHEDULE A - REAL PROPERTY

      Except as directed below, list all real property in which the Debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the Debtor has a life estate. Include any property in which the Debtor holds rights and powers exercisable for the Debtor's own benefit. If the Debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the Debtor holds no interest in real property, write "None" under "Description and Location of Property."

      **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

      If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

      If the Debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS-BAND, WIFE, JOINT, OR COM-MUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Lot 4, Block 5, Castle Estates Subdivision, Unit 2, City of Leon Valley, Bexar county, Texas, according to map or plat thereof recorded in Vol. 5300, P. 174 of the Deed and Plat Records of Bexar County, Texas, with the address of: <br><br> 6000 Trone Trail <br> San Antonio, TX 78238 | Homestead/ Personal Residence | | $111,700 (Tax Appraisal) | $92,419.92 |
| 4 Adult Interment Spaces (67-A, 1-2-3-4) in Lake View Memorial Gardens, located in St. Clair County, Illinois | | | $4,000 | |

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS-BAND, WIFE, JOINT, OR COM-MUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1 Cemetery Plot at Mission Park North in San Antonio, TX | | | $1,000 | |

TOTAL: **$ 116,700**
(Report also on Summary of Schedules)

SCHEDULE A

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                          §
                                                §
CRYSTAL WARD DARBY,                             §     CASE NO. 05-_____
                                                §     CHAPTER 7
DEBTOR                                          §

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the Debtor of whatever kind.  If the Debtor has no property in one or more of the categories, place an "X" in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the Debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."  If the Debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the Debtor by someone else, state the person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION & LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | 6000 Trone Trail<br>San Antonio, TX  78238 | | $20 |
| 2.   Checking, savings, or other financial accounts, certificates of deposit or shares in banks, savings & loans, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | | Bank of America<br>P.O. Box 2518<br>Houston, TX  77252-2518<br>Personal Checking Acct #0057-7197-4583<br>Business Checking Acct #0057-7727-8733<br>Personal Savings Acct #0047-9553-7981<br><br>Money Market Account<br>American Funds<br>P.O. Box 659522<br>San Antonio, TX  78265-9522<br>Account #1093816356<br>ITEX Barter Account | | <br><br><br>$610<br>$220<br>$551<br><br>$83<br><br><br><br><br>$2,494 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others | X | | | $0 |

| 4. Household goods and furnishings, including audio, video and computer equipment | 60000 Trone Trail<br>San Antonio, TX 78238 | | | $4,142.00 |
|---|---|---|---|---|
| | *Living Rooms*: | | | |
| | Couch | $50 | | |
| | Loveseat (damaged) | $25 | | |
| | Black Slate Tables | $100 | | |
| | Lamps | $50 | | |
| | Occasional Tables | $25 | | |
| | Game Table | $150 | | |
| | 1 Rocking Chair | $25 | | |
| | 3 Occasional Tables | $50 | | |
| | | | | |
| | *Office*: | | | |
| | 1 Table w/4 chairs | $75 | | |
| | 1 Desk | $50 | | |
| | Book Cases | $50 | | |
| | File Cabinets | $50 | | |
| | 1 Card Table | $10 | | |
| | Metal files | $10 | | |
| | 1 Fan | $10 | | |
| | 1 Mirror | $50 | | |
| | Book Cases | $20 | | |
| | | | | |
| | *Front Room*: | | | |
| | 2 Chairs | $100 | | |
| | Book Cases | $25 | | |
| | 1 Organ | $25 | | |
| | | | | |
| | *Bedrooms*: | | | |
| | 1 Dresser | $50 | | |
| | 1 Water Bed | $50 | | |
| | 1 Nightside Table | $25 | | |
| | 1 Dresser | $50 | | |
| | Mattresses | $10 | | |
| | 1 Desk | $10 | | |
| | 2 Baskets | $10 | | |
| | 1 Bed | $100 | | |
| | 3 Book Cases | $25 | | |
| | Waterbed Headboard | $25 | | |
| | | | | |
| | *Appliances*: | | | |
| | Washer | $25 | | |
| | Dryer | $50 | | |
| | Refrigerator | $10 | | |
| | 2 Coffee Pots | $5 | | |
| | 1 Microwave Oven | $25 | | |
| | Pencil Sharpener | $2 | | |
| | 1 Blender | $20 | | |
| | 1 Iron | $10 | | |
| | 1 Electric Screwdriver | $5 | | |
| | Telephones | $20 | | |
| | 1 Alarm Clock | $10 | | |
| | 3 TV's | $150 | | |
| | 1 Toaster | $10 | | |
| | 1 Coffee Grinder | $5 | | |
| | 1 Oven | $25 | | |

| | | | |
|---|---|---|---|
| 4. Household goods and furnishings, including audio, video and computer equipment (CONTINUED) | 1 Stove Top $25<br>1 Range hood $25<br>2 Vacuum Cleaners $5<br>1 Water Heater, 1965 $10<br>1 Refrigerator (fire damaged) $25<br><br>*Kitchenware*:<br>Pfaltzgraff Stoneware Set (pieces missing and chipped) $30<br>Haviland-Limoges China Set $700<br>Pots and Pans $15<br>Silver $1,500<br>Assorted Glasses and Coffee Mugs $20<br><br>*Linens*:<br>Sheets $15<br>Towels $10<br>Comforters $30<br>Pillows $25<br>Blankets $30 | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc and other collections or collectibles. | 6000 Trone Trail<br>San Antonio, TX 78238<br><br>China Cabinet (approx. 100 Years old) $300<br>Dining Room Set (6 chairs w/china Cabinet, oak, refinished in 1980, Approx. 100 years old $500<br><br>Figurines, assorted $50<br>2 Hummel Baby-B Rings $200<br>Vases $60<br><br>*Books*:<br>Miscellaneous hardback and Paperback books $50<br><br>*Artwork*:<br>Various serigraphs, etchings and pencil drawings by artist D. Little. Debtor and Debtor's Family members are subjects in two of these $250<br><br>Various posters, pencil drawings, etchings and prints by Kip Holm, D.L. Sites, Sue Hovey, Danna Holloway, and My Mexican Eyes. Debtor and Debtor's family members are the subjects in some of these. $210 | | $1,620 |

| | | | |
|---|---|---|---|
| 6. Wearing apparel. | Various women's sweaters, jackets, coats, shoes, scarves, suits, dresses, blouses, shirts, tops, pajamas and robes. | | $725 |
| 7. Furs and Jewelry. | 1 Silver Bracelet $100<br>1 Silver Necklace $75<br>1 Blue Topaz Necklace $65<br>+ Misc. Costume Jewelry $150 | | $390 |
| 8. Firearms and sports, photographic, and other hobby equipment. | JVS, 6 disc CD player with detachable speakers, portable CD player, and 8-track/turnstile stereo. $300<br><br>Movies and exercise videos, and CDs. $350<br>Bike $25 | | $675 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | Term Life<br>(No surrender value)<br><br>Forrester's<br>P.O. Box 179<br>Buffalo, NY 14201-0179<br><br>Long-Term Care<br>New York Life (no surrender value)<br>P.O. Box 179<br>Buffalo, NY 14201-0179 | | $0 |
| 10. Annuities. Itemize and name each issuer. | N | | $0 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | New York Life Premium Plus<br>Madison Square Station<br>P.O. Box 922<br>NY, NY 10159 | | $35,060 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | Corona Visions, Inc. – 5,000 shares of privately-held corporation, representing 5% ownership. Total of seven (7) shareholders.<br>411 N. Medina<br>San Antonio, TX 78207 | | $2,000<br>(book value) |
| 13. Interests in partnerships or joint ventures. Itemize. | N | | $0 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | N | | $0 |
| 15. Accounts receivable. | Babovich & Spedale $1,000<br>Law Write, Inc. $2,000<br><br>Intertek | | Unknown, due to questionable ability to collect<br><br>$500 |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | N | | $0 |

SCHEDULE B - PERSONAL PROPERTY

| | | | | |
|---|---|---|---|---|
| 17.   Other liquidated debts owing debtor including tax refunds.  Give particulars. | N | | | $0 |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | N | | | $0 |
| 19.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | N | | | $0 |
| 20.   Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | N | | | $0 |
| 21.   Patents, copyrights and other intellectual property.  Give particulars. | N | | | $0 |
| 22.  Licenses, franchises, and other general intangibles.  Give particulars. | N | Royalty interests in producing oil well totaling approx. $1,000 per year.<br>Lease #31413-000            .00833330<br>Lease #70827-000            .00297619<br>Lease #708284-000          .00148810<br>Lease #708290-000          .00148809<br>Lease #708311-000          .00148809<br><br>Lion Oil Trading & Transportation, Inc.<br>P.O. Box 23028<br>Jackson, MS  39225-3028 | | Unknown |
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Mitsubishi Lancer<br>P.O. Box 0555<br>Carol Stream, IL  60132 | | $5,750 |
| 24.  Boats, motors, and accessories. | N | | | $0 |
| 25.  Aircraft and accessories. | N | | | $0 |
| 26.   Office equipment, furnishings, and supplies used in business. | | Desk<br>Filing Cabinets<br>Book Cases | | $150 |

SCHEDULE B - PERSONAL PROPERTY

| | | | |
|---|---|---|---|
| 27.   Machinery, fixtures, equipment, and supplies used in business. | Notebook Computer (Toshiba, Purchased in 2003)        $400<br>Desktop Computers, Monitors (2 rebuilt, refurbished, purchased for $400 in 2002)        $200<br>Printers (Hewlitt-Packard, large Format, purchased 1999) $50<br>Scanner (Hewlitt-Packard, flatbed, Purchased 1999)        $50<br>Scanner/Fax/Copy Machine/ Printer (Hewlitt-Packard, flatbed, Purchased 2004) and supplies        $60<br>Camera (Kodak, digital, purchased 1999)        $50<br>Projector (InFocus, portable, purchased December 2004)        $1,000 | | $1,810 |
| 28.  Inventory. | N | | $0 |
| 29.  Animals. | N | | $0 |
| 30.    Crops-growing or harvested.    Give particulars. | N | | $0 |
| 31.  Farming equipment and implements. | N | | $0 |
| 32.  Farm supplies, chemicals, and feed. | N | | $0 |
| 33.  Other personal property of any kind not already listed.  Itemize. | N | | $0 |

_____  Continuation sheets attached          **TOTAL:**    **$56,800**
(Include amounts from any continuation sheets attached.   Report total also on Summary of Schedules.)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:                 §

                           §

CRYSTAL WARD DARBY,      §    CASE NO. 05-_____

                           §    CHAPTER 7

DEBTOR              §

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

___ 11 U.S.C. § 522(b)(1):     Exemptions provided in 11 U.S.C. § 522(d). **Note: These exemptions are available only in certain states.**

____ 11 U.S.C. § 522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law. .

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence at 6000 Trone Trail San Antonio, TX 78238 (Homestead) | Const. Art. 16 §§ 50, 51, Texas Prop. Code §§41.001 and 41.002 | $18,874.99 | $111,700 |
| Household Goods & Furnishings listed on Schedule B-4 | Texas Prop. Code §§42.002(a)(1) | $4,142 | $4,142 |
| Books, pictures, etc. listed on Schedule B-5 | Texas Prop. Code §§42.001(a), 42.002(a)(4) | $1,620 | $1,620 |
| Wearing Apparel listed on Schedule B-6 | Texas Prop. Code §42.002(a)(5) | $725 | $725 |
| Furs and jewelry listed on Schedule B-7 | Texas Prop. Code §§42.001(a), 42.002(a)(5),(6) | $390 | $390 |
| Hobby and photographic equipment listed on Schedule B-8 | Texas Prop. Code §§42.001(a), 42.002(a)(8) | $675 | $675 |
| Insurance policies listed on Schedule B-9 | Texas Ins. Code §§21.22, 3.50-4(11)(a) | $0 | $0 |

SCHEDULE C

| Interest in IRA listed on Schedule B-11 | Texas Prop. Code §42.0021(a), (b) | $35,060 | $35,060 |
|---|---|---|---|
| Vehicles listed on Schedule B-23 – 2002 Mitsubishi Lancer | Texas Prop. Code §§42.001(a), 42.002(a)(9) | $991.90 | $5,750 |
| Supplies used in business listed on Schedule B-26, B-27 | Texas Prop. Code §§42.001(a)(4) | $150 | $150 |
| Burial plots listed on Schedule A | Texas Prop. Code §§41.001(a) | $5,000 | $5,000 |

| | |
|---|---|
| **$67,628.89** | **$165,212.00** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: §
§
CRYSTAL WARD DARBY, § CASE NO. 05-_____
§ CHAPTER 7
DEBTOR §

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

     Report the total of all claims listed on this schedule in the space labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

_____ Check this space if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Homecomings Financial P.O. Box 65015 Dallas, TX 75265-0515<br><br>Bankruptcy Department P.O. Box 939072 San Diego, CA 92193-9072 | | | Home Loan – Balance as of 4/30/05 Tax Appraisal: $111,700 First Lien: $102,000 – 9/1/03 Maturity Date: 8/1/2018 | | | | $92,419.92 | |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | HUS-BAND, WIFE, JOINT, OR COMM-UNITY | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Mitsubishi Motor Credit Company P.O. Box 0555 Carol Stream, IL 60132-0555 | | | 2002 Lancer Blue Book: $5,750 Maturity Date: 10/24/06 | | | | $4,758.10 | |

Subtotal:     $
(Total of this page)

Total:     **$97,178.02**
(Use only on last page)    (Report total also on Summary of Schedules)

IN RE: §
§
CRYSTAL WARD DARBY, § CASE NO. 05-_____
§
DEBTOR § CHAPTER 7

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the spaces provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of claims listed on each sheet in the space labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the space labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

__X__ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate space(s) below if claims in that category are listed on the attached sheets)

_____ **Extensions of credit in an in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

_____ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

_____ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

_____ **Certain farmers and fisherman**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

_____ **Deposits by individuals**
Claims by individuals up to $2,225* for the purchase, lease, or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C.§ 507(a)(6).

SCHEDULE E

_____ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

_____ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. §507(a)(8).

_____ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments tot he FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | HUSBAND, WIFE, JOINT, OR COMMU-NITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| None. | | | | | |

Total: **$0.00**
(Use only on last page)    (Report total also on Summary of Schedules)

2

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE: § §

CRYSTAL WARD DARBY, § CASE NO. 05-_____
§
DEBTOR § CHAPTER 7

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the space labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

_____  Check this space if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMM- UNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5491000846581150<br>**Bank of America MasterCard**<br>P.O. Box 650260<br>Dallas, TX  75265-0260 | | | Credit Card | | | | $12,152.32 |

**SCHEDULE F**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account No. 4888607006035209<br>**Bank of America Visa**<br>P.O. Box 53132<br>Phoenix, AZ 85072-3132 | | | Credit Card | | | | $13,187.00 |
| Account No. 4305721609800193<br>**Capital One**<br>P.O. Box 650007<br>Dallas, TX 75265-0007 | | | Credit Card | | | | $7,861.04 |
| Account No. 5222760030810220<br>**Chase Platinum MasterCard**<br>P.O. Box 15651<br>Wilmington, DE 19886-5651 | | | Credit Card | | | | $12,124.17 |
| Account No. 5483109200535270<br>**Chase/Bank One**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | | Credit Card | | | | $7,584.72 |
| Account No. 4428135023854300<br>**Choice Visa**<br>P.O. Box 6412<br>The Lakes, NV 88901-6412 | | | Credit Card | | | | $8,006.39 |
| Account No. 6011006352501200<br>**Discover Platinum**<br>P.O. Box 15192<br>Wilmington, DE 19850-5192 | | | Credit Card | | | | $10,761.10 |
| Account No. 6011300490616743<br>**Discover Titanium**<br>P.O. Box 30395<br>Salt Lake City, UT 94130-0395 | | | Credit Card | | | | $11,315.27 |
| Account No. 5121070107239069<br>**Sears Gold MasterCard**<br>P.O. Box 6922<br>The Lakes, NV 88901-6922 | | | Credit Card | | | | $10,564.21 |
| Account No. 5490962400879471<br>**Wells Fargo 4711**<br>P.O. Box 30086<br>Los Angeles, CA 90030-0086 | | | Credit Card | | | | $5,605.63 |
| Account No, 5477539412540015<br>**Advanta**<br>P.O. Box 30715<br>Salt Lake City, UT 84130-0715 | | | Credit Card | | | | $20,387.01 |
| Account No. 1523003012426230<br>**Chase (Circuit City)**<br>P.O. Box 100045<br>Kennesaw, GA 30156-9325 | | | Credit Card<br><br>- Projector | | | | $1,752.60 |
| Account No. 5588378003330700<br>**CitiBusiness Platinum Select**<br>PO Box 45205<br>Jacksonville, FL 32232-5205 | | | Credit Card | | | | $200.00<br>(Estimation. Debtor has not received statement.) |

Total    **$121,501.46**

(Use only on last page)    (Report total also on Summary of Schedules)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CRYSTAL WARD DARBY, | § | CASE NO. 05-_____ |
| | § | |
| DEBTOR | § | CHAPTER 7 |

## SCHEDULE G- EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

_____ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NON-RESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Cingular/AT&T<br>P.O. Box 68056<br>Anaheim Hills, CA 92817-8056 | Cell Phone Contract – Expires 6/06<br>Account #0041777129 - $132 per mon./approx. |
| SBC SmartPages<br>4119 Broadway<br>San Antonio, TX 78209 | Yellow Pages and Online Advertising for Business;<br>Expires 11/1/06<br>Account #1709942829 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                    §
                                          §
CRYSTAL WARD DARBY,                        §    CASE NO. 05-_____
                                          §
DEBTOR                                    §    CHAPTER 7

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

__X__    Check this box if debtor has no codebtors.

IN RE: §
§
CRYSTAL WARD DARBY, § CASE NO. 05-_____
§
DEBTOR § CHAPTER 7

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEPENDENTS OF DEBTOR AND SPOUSE

| Debtor's Marital Status: | NAMES | AGE | RELATIONSHIP |
|---|---|---|---|
| **Single** | **Crystal Ward Darby** | **53** | **Self** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation/Name of Employer: **Crystal Communications** | | **N/A** |
| How long employed **6 Years** | | |
| Address of Employer: **6000 Trone Trail, San Antonio, TX 78238** | | |
| Also: **St. Philips College, Alamo Community College District** | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary & commissions (pro rate if not paid monthly) | $1,152.00* | $ N/A |
| Estimated monthly overtime | $    0.00 | $ |
| | | |
| SUBTOTAL | $1,152.00 | $ |

LESS PAYROLL DEDUCTIONS

| | DEBTOR | SPOUSE |
|---|---|---|
| a.  Payroll taxes (includes social security tax if B. is zero) | $   100.00 | $ |
| b.  Social Security Tax | $    85.00 | $ |
| c.  Insurance | $     0.00 | $ |
| d.  Union dues | $     0.00 | $ |
| e.  Retirement | $     0.00 | $ |
| f.  Other (Specify)    _____ | $ | $ |
| | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $   185.00 | $ |
| *TOTAL NET MONTHLY TAKE HOME PAY* | $   967.00 | $ |

## SCHEDULE I

| | | |
|---|---|---|
| Regular income from operation of business or profession or farm **(Detailed statement below.)** | $1825.51** | $ |
| Income from real property | $    0.00 | $ |
| Interest and dividends | $    0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $    0.00 | $ |
| Social security or other government assistance (Specify)_____ | $    0.00 | $ |
| Pension or retirement income | $    0.00 | $ |
| Other monthly income – Oil Royalties (Specify)_____ | $   80.00 | $ |
| **TOTAL MONTHLY INCOME** | **$2,872.51** | $ |
| TOTAL COMBINED MONTHLY INCOME: | | N/A |

Report also on Summary of Schedules

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Personal income:
*Debtor will be contracted to teach fewer classes at the Alamo Community College District than anticipated—two rather than three classes—thereby reducing her personal income by approximately $200 per month.

Income from operation of business:
** The amount of $2,064.45 represents the average income from operation of Crystal Communications for the past twelve months. The company had only one regular customer supplying a $750 to $1,000 monthly accounts receivable. As of the date of this filing, this customer (a law firm in New Orleans) is at minimum operations due to Hurricane Katrina.

**SCHEDULE I**

Detailed Statement of Income from Operation of Business

| Business Income | |
|---|---|
| Sep-04 | 1,649.86 |
| Oct-04 | 2,079.63 |
| Nov-04 | 302.01 |
| Dec-04 | 1,832.01 |
| Jan-05 | 753.70 |
| Feb-05 | 1,244.40 |
| Mar-05 | 2,781.31 |
| Apr-05 | 3,522.11 |
| May-05 | 1,701.97 |
| Jun-05 | 2,019.70 |
| Jul-05 | 2,310.34 |
| Aug-05 | 1,709.05 |
| **Sum** | **$21,906.09** |
| **Average** | **$1,825.51** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CRYSTAL WARD DARBY, | § | CASE NO. 05-_____ |
| | § | |
| DEBTOR | § | CHAPTER 7 |

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

_____ Check this space if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $840.20 |
| Are real estate taxes included?    Yes _____    No   X | |
| Is property included?    Yes   X    No _____ | |
| Utilities: | |
|      Electricity and heating fuel  **(Average)** | $160.00 |
|      Water and sewer | $25.00 |
|      Telephone | $150.00 |
|      Other      **(Pest Control)** | $37.00 |
| Home maintenance (repairs and upkeep) | $30.00 |
| Food | $225.00 |
| Clothing | $30.00 |
| Laundry and dry cleaning | $5.00 |
| Medical and dental expenses (not covered by insurance) | $20.00 |
| Transportation (not including car payments) | $70.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $5.00 |
| Charitable contributions | $75.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | |
|      Homeowner's or renter's | $100.00 |
|      Life | $92.93 |
|      Health | $0.00 |
|      Auto | $89.65 |
|      Other – **Long-Term Care** | $53.44 |
| | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) - **Property** | $252.96 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|      Auto | $336.82 |
| | |
| Alimony, maintenance, and support paid to others | $0.00 |
| Payments for support of additional dependents not living at debtor's home | $0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement)* | $655.00 |
| Other: | $0.00 |
| | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$3,253.00** |

**\*See Attachment**

## <u>REGULAR EXPENSES FROM OPERATION OF BUSINESS</u>

| | |
|---|---|
| Advertising | $110 |
| Networking events | $50 |
| Chase (projector) | $100 |
| Memberships | $75 |
| Clerical help | $60 |
| Postage | $20 |
| Printing | $50 |
| Fax | $15 |
| Books | $25 |
| Equipment | $50 |
| Supplies | $25 |
| Business meals, coffee | $50 |
| Training | $25 |
| **TOTAL:** | **$655** |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CRYSTAL WARD DARBY, | § | CASE NO. 05-_____ |
| | § | |
| DEBTOR | § | CHAPTER 7 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 24 sheets and that they are true and correct to the best of our knowledge, information and belief.

Date: 9/16/05          Signature:_____*/ S / Crystal Ward Darby*_____
                               Crystal Ward Darby
                               Debtor

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and 3571.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: §
§
CRYSTAL WARD DARBY, § CASE NO. 05-_____
§
DEBTOR § CHAPTER 7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the space labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"*In business*." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider*." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

1. **Income from employment or operations of business**

None
_____ State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (IF MORE THAN ONE) |
|---|---|
| $7,052.65<br>$17,010.07 | 2005 –<br>Gross amount of income from employment;<br>Gross amount of income from business |
| $9,730.88<br>$62,405.00 | 2004 –<br>Gross amount of income from employment;<br>Gross amount of income from business |
| $11,256.00<br>$23,972.00 | 2003 –<br>Gross amount of income from employment;<br>Gross amount of income from business; |

**2.     Income other than from employment or operation of business**

None

**X**     State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.   Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $816.97 | 2005 –<br>Gross amount of income not from business (oil royalties) |
| $967.13 | 2004 –<br>Gross amount of income not from business (oil royalties) |
| $661.00 | 2003 –<br>Gross amount of income not from business (oil royalties) |

**3.     Payments to creditors**

None

_____     a.     List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

2

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Chase (Circuit City)<br>P.O. Box 100045<br>Kennesaw, GA 30156-9325 | | $436 | $1,752.60 |
| CitiBusiness Platinum Select<br>PO Box 45205<br>Jacksonville, FL 32232-5205 | | $731.81 | $394.28 |
| Homecomings Financial<br>P.O. Box 65015<br>Dallas, TX 75265-0515 | | $2,520.63 | $92,419.92 |
| Mitsubishi Motor Credit Company<br>P.O. Box 0555<br>Carol Stream, IL 60132-0555 | | $1,009.46 | $4,758.10 |
| Chevron Texaco | | $241.71 | $0.00 |
| ExxonMobil | | $62.01 | $0.00 |
| Diamond Shamrock | | $47.30 | $0.00 |
| Chase (Circuit City)<br>P.O. Box 100045<br>Kennesaw, GA 30156-9325 | | $336.00 | $1,752.60 |
| CitiBusiness Platinum Select<br>PO Box 45205<br>Jacksonville, FL 32232-5205 | | $1,026.09 | $200.00 |

None

  __X__   b.    List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4.    Suits and administrative proceedings, executions, garnishments and attachments

None

  __X__   a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
__X__ b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5.    Repossessions, foreclosures and returns

None
__X__    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6.    Assignments and receiverships

None
__X__ a.    Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
__X__ b.    List all property which has been in the hands of a receiver or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7.    Gifts

None
_____    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under

chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Texas Public Radio 8401 Datapoint Drive, Suite 800 San Antonio, TX 78229-5903 | None | 6/15/04 9/15/04 12/15/04 3/15/04 | $125 $125 $125 $125 |
| Planned Parenthood 104 Babcock Rd. San Antonio, TX 78201-2900 | None | 4/15/04 3/15/05 6/15/05 | $125 $125 $125 |
| American Red Cross @ Kelly USA 809 Dave Crockett Bldg. #1536 at Bay 11 San Antonio, TX | None | Sept. 2005 Various Dates | Used Clothing and Toiletries - $25 Approximate value |

## 8. Losses

None
__X__   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None
__X__   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Oppenheimer, Blend, Harrison & Tate, Inc. 711 Navarro, Sixth Floor San Antonio, TX 78205 | September 9, 2005 | $209.00 payment for filing fees associated with this Chapter 7 Petition |

### 10.   Other transfers

None
 **X**   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 11.   Closed financial accounts

None
 ___   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| CUNA Mutual Life Insurance Company Annuity 2000 Heritage Way Waverly, Iowa  50677 | Contract #000040050457 | $16,596.07 10/4/04 |

| | | |
|---|---|---|
| Anheuser-Busch stock<br><br>Mellon Investor Services<br>95 Challenger Road<br>Ridgefield Park, NJ 07660<br><br>Pershing Securities<br>One Pershing Plaza<br>Jersey City, NJ 07399 | Investor ID # 124947750149 | $2,413.45 – 2/19/05<br>$947.87 – 3/3/05<br><br><br>$3,335.07 – 6/15/05 |
| Met Life – 30 Shares of Stock<br>c/o Mellon Investor Services<br>P.O. Box 4477<br>South Hackensack, NJ 07606-2047 | Investor # 806227451982 | $1,222.66 – 3/4/05 |
| E-trade account – various stocks<br>P.O. Box 1542<br>Merrifield, VA 22116-1542 | Investor # 65712284 | $1,400 – 2/25/05 |

## 12.     Safe deposit boxes

None

**X**     List each safe deposit box or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13.     Setoffs

None

**X**     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14.     Property held for another person

None

_____     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Steven Darby<br>337 S. Hanseman<br>Carbondale, IL 62901 | Miscellaneous men's and boy's clothing held for son valued at approximately $100 | 6000 Trone Trail<br>San Antonio, TX 78238 |

### 15. Prior address of debtor

None

**X** If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None

____ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**Douglas R. Darby – Divorced in 1986**

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
__X__   a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
__X__   b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

None
__X__   c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18.     Nature, location and name of business**

None
____   a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Crystal Communications<br><br>(closely-held, private corporation) | 74-2945717 | 6000 Trone Trail<br>San Antonio, TX 78238 | Writing, Training Desktop Pub. | 4/9/99 – Present |
| Alpha-Quadrant, Inc.<br><br>(closely-held, private corporation) | 74-2998911 | 10618 Auldine<br>San Antonio, TX  78230 | Business Consultation | 3/4/01 – 1/30/03<br><br>Debtor resigned on 1/30/03. Corporation never issued stock. |
| Corona Visions, inc. | 74-2837630 | 411 N. Medina<br>San Antonio, TX  78207 | Electronic Recycling | 10/13/03 – Present |

None

__X__     b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self- employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19.     Books, records and financial statements

None

_____     a.     List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and Address | Date Services Rendered |
|------|------|
| Sherri Elasser<br>12802 Old Spanish Trail<br>Live Oak, TX  78233 | 2001, 2002, and will file taxes for 2004 under extension |

None
__X__  b.     List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy
              case have audited the books of account and records, or prepared a financial statement of the debtor.

_____

None
__X__  c.     List all firms or individuals who at the time of the commencement of this case were in possession of the
              books of account and records of the debtor.  If any of the books of account and records are not available,
              explain.

_____

None
__X__  d.     List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to
              whom a financial statement was issued within the **two years** immediately preceding the commencement
              of this case by the debtor.

_____

**20.     Inventories**

None
__X__  a.     List the dates of the last two inventories taken of your property, the name of the person who supervised
              the taking of each inventory, and the dollar amount and basis of each inventory.

_____

None
__X__  b.     List the name and address of the person having possession of the records of each of the two inventories
              reported in a., above.

_____

**21.     Current Partners, Officers, Directors and Shareholders**

None
__X__  a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
              partnership.

_____

None
__X__  b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
              directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

_____

## 22.     Former partners, officers, directors and shareholders

None
___X___ a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

_____

None
___X___ b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

_____

## 23.     Withdrawals from a partnership or distributions by a corporation

None
___X___    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

_____

## 24.     Tax Consolidation Group

None
___X___    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of this case.

_____

## 25.     Pension Funds

None
___X___    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of this case.

_____

## *DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: 9/16/05          _____ */ S /  Crystal Ward Darby*_____
                        CRYSTAL WARD DARBY




*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571.*

IN RE:                                    §
                                          §
CRYSTAL WARD DARBY,                        §         CASE NO. 05-_____
                                          §
DEBTOR                                    §

## CHAPTER 7 INDIVIDUAL DEBTORS' STATEMENT OF INTENTION

1,      I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.      I intend to do the following with respect to the property of the estate which secures those consumer debts:

        a.      *Property to be Surrendered*:

| Description of Property | Creditor's Name |
|---|---|
|  |  |

        b.      *Property to be Retained*:

| Description of Property | Creditor's Name | Property Is claimed As Exempt | Property will Be redeemed Pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. §524(c) |
|---|---|---|---|---|
| 2002 Lancer | Mitsubishi Motor Credit Company |  |  | X |
| 6000 Trone Trail San Antonio, TX 78238 | Homecomings Financial |  |  | X |
| Credit Card | Capital One, FSB |  |  | X |
| Projector | Chase (Circuit City) |  |  | X |
| Business Supplies | CitiBusiness Platinum Select |  |  | X |

Date:  9/16/05                              ____ */ S / Crystal Darby* _____
                                            Signature of Debtor

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:                    §
                          §

CRYSTAL WARD DARBY,     §     CASE NO. 5-_____
                          §

DEBTOR                   §     CHAPER 7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to be best of her knowledge.


_____ */S/ Crystal Darby*_____
CRYSTAL WARD DARBY,
DEBTOR

Date: 9/16/05


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and 3571.

U.S. Trustee
P.O. Box 1539
San Antonio, TX  78295-1539

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

Homecomings Financial
P.O. Box 65015
Dallas, TX  75265-0515

Bankruptcy Department
P.O. Box 939072
San Diego, CA  92193-9072

Mitsubishi Motor Credit Company
P.O. Box 0555
Carol Stream, IL 60132-0555

Bank of America MasterCard
Acct #54910000846581150
P.O. Box 650260
Dallas, TX  75265-0260

Bank of America Visa
Acct #4888607006035209
P.O. Box 53132
Phoenix, AZ 85072-3132

Capital One
Acct #4305721609800193
P.O. Box 650007
Dallas, TX  75265-0007

Chase Platinum MasterCard
Acct #5222760030810220
P.O. Box 15651
Wilmington, DE  19886-5651

Chase/Bank One
Acct #5483109200535270
P.O. Box 15298
Wilmington, DE  19850-5298

Choice Visa
Acct #4428135023854300
P.O. Box 6412
The Lakes, NV  88901-6412

Discover Platinum
Acct #6011006352501200
P.O. Box 15192
Wilmington, DE  19850-5192

Discover Titanium
Acct #6011300490616743
P.O. Box 30395
Salt Lake City, UT  94130-0395

Sears Gold MasterCard
Acct #5121070107239069
P.O. Box 6922
The Lakes, NV  88901-6922

Wells Fargo 4711
Acct #5490962400879471
P.O. Box 30086
Los Angeles, CA  90030-0086

Advanta
Acct #5477539412540015
P.O. Box 30715
Salt Lake City, UT  84130-0715

Chase (Circuit City)
Acct #1523003012426230
P.O. Box 100045
Kennesaw, GA  30156-9325

CitiBusiness Platinum Select
Acct #5588378003330700
P.O. Box 45205
Jacksonville, FL  32232-5205

Cingular/AT&T
P.O. Box 68056
Anaheim Hills, CA  92817-8056

SBC SmartPages
4119 Broadway
San Antonio, TX  78209